**Dated: January 30, 2026**
**The following is ORDERED:**

**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Brewer's Lawn Care and Property Preservation LLC<br>Debtor | CHAPTER 11 CASE NO. 25-10771 |
| Brewer's Lawn Care and Property Preservation LLC<br>Plaintiff | ADVERSARY NO. 25-5046 |
| vs | |
| Idea 247, Inc., Justin Leto, and Larry Bassuk<br>Defendants | |

---

**CONSENT ORDER DISMISSING AMENDED COMPLAINT**

---

This cause came before the Court on the debtor's Amended Complaint. The Court is being advised in the premise that the debtor wishes to dismiss said complaint with prejudice.

IT IS THEREFORE ORDERED that the Plaintiff's Amended Complaint be, and the same hereby is, dismissed with prejudice.

APPROVED BY:

/s/C. Jerome Teel, Jr.
C. Jerome Teel, Jr. #016310
Attorney for Plaintiff
79 Stonebridge Blvd.
Suite B
Jackson, TN 38305
Phone: (731) 424-3315
Fax: (731) 424-3501

/s/ J. Cole Dowsley, Jr.
J. Cole Dowsley, Jr., BPR No. 024400
**FREEMAN MATHIS & GARY, LLP**
1600 Division Street, Suite 590
Nashville, Tennessee 37203
(615) 208-5610
cole.dowsley@fmglaw.com

Service List:
Debtor
Debtor's Attorney
Case Trustee
Matrix

United States Bankruptcy Court
Western District of Tennessee

Brewer's Lawn Care and Property Pre,
Plaintiff
Idea 247, Inc.,
Defendant

Adv. Proc. No. 25-05046-jlc

# CERTIFICATE OF NOTICE

District/off: 0651-1 User: ao1492bnc Page 1 of 2
Date Rcvd: Jan 30, 2026 Form ID: pdford02 Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brewer's Lawn Care and Property Preservation LLC, 2245 Burnette Rd., Williston, TN 38076-3103 |
| dft | + | Larry Bassuk, 800 NW 62nd Avenue, Suite 750, Miami, FL 33126-5055 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Jan 30 2026 22:10:00 | Sean Haynes, DOJ-Ust, 200 Jefferson Avenue, Ste 400, Memphis, TN 38103-2383 |
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Jan 30 2026 22:10:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| ust | + | Email/Text: ustpregion08.na.ecf@usdoj.gov | Jan 30 2026 22:10:00 | US Trustee, DOJ-Ust, 701 Broadway, Suite 318, Nashville, TN 37203-3966 |
| dft | | Email/Text: legal@ideafinancial.com | Jan 30 2026 22:10:00 | Idea 247, Inc., 800 NW 62nd Avenue, Suite 750, Miami, FL 33126 |
| dft | | Email/Text: legal@ideafinancial.com | Jan 30 2026 22:10:00 | Justin Leto, 800 NW 62nd Avenue, Suite 750, Miami, FL 33126 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Jerome Teel, Jr. | on behalf of Attorney Shane R Heskin bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| C. Jerome Teel, Jr. | on behalf of Plaintiff Brewer's Lawn Care and Property Preservation LLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| J. Cole Dowsley, Jr | on behalf of Defendant Justin Leto cole.dowsley@fmglaw.com |
| J. Cole Dowsley, Jr | on behalf of Defendant Idea 247 Inc. cole.dowsley@fmglaw.com |
| J. Cole Dowsley, Jr | on behalf of Defendant Larry Bassuk cole.dowsley@fmglaw.com |
| Shane R Heskin | Shane@heskinproper.com |
| Shane R. Heskin | on behalf of Plaintiff Brewer's Lawn Care and Property Preservation LLC shane@heskinproper.com |

TOTAL: 7